(75 South. 1004)

WILSON v. STATE. (4 Div. 686.) (Supreme Court of Alabama. May 24, 1917.) Appeal from Circuit Court, Bullock County; J. S. Williams, Judge. Tom S. Frazer, of Union Springs, for appellant. W. L. Martin, Atty. Gen., and Harwell G. Davis, Asst. Atty. Gen., for the State.

PER CURIAM. Abated by death of appellant.

(76 South. 995)

A. DENIACO & BROS. v. JOHN. (6 Div. 565.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Circuit Court, Jefferson County. Coleman & Coleman, of Birmingham, for appellant. H. M. Powell, of Birmingham, for appellee.

PER CURIAM. Dismissed by appellant.

(76 South. 995)

AMERICAN RADIATOR CO. v. ROSS. (6 Div. 621.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. Thach & Underwood, of Birmingham, for appellant. Erle Pettus, of Birmingham, for appellee.

PER CURIAM. Dismissed by agreement.

(76 South. 995)

BANK OF MOBILE v. POWERS. (1 Div. 995.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Probate Court, Mobile County; Price Williams, Judge. Lyons & Courtney and Inge & McLeod, all of Mobile, for appellant. Sullivan & Stallworth, of Mobile, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(76 South. 995)

Ex parte BROOKS. (6 Div. 501.) (Supreme Court of Alabama. June 28, 1917.) Certiorari to Court of Appeals. Silberman & Hoskins, of Birmingham, for appellant. Percy, Benners & Burr, of Birmingham, for appellee.

McCLELLAN, J. Application by Carrie Brooks for certiorari to the Court of Appeals to review and revise the judgment of that court reversing the judgment of the trial court in the case of Birmingham W. W. Co. v. Carrie Brooks, 76 South. 515. Writ denied.

(76 South. 995)

Ex parte BROWN. (8 Div. 48.) (Supreme Court of Alabama. June 14, 1917.) Certiorari to Court of Appeals. G. O. Chenault, of Albany, for appellant. W. L. Martin, Atty. Gen., for appellee.

PER CURIAM. Application of E. M. Brown for certiorari to the Court of Appeals to review and revise the judgment of said court in the case of E. M. Brown v. State, 75 South. 174. Writ denied.

(76 South. 995)

BURROUGHS v. DE BARDELEBEN COAL CO. (6 Div. 569.) (Supreme Court of Alabama. June 7, 1917.) Appeal from Circuit Court, Jefferson County; C. W. Ferguson, Judge. Percy, Benners & Burr, of Birmingham, for appellant. W. A. Denson, of Birmingham, for appellee.

PER CURIAM. Appeal dismissed by agreement of parties.

(76 South. 995)

CLAYTON v. HARDEN et al. (7 Div. 910.) (Supreme Court of Alabama. Nov. 15, 1917.) Appeal from Circuit Court, Etowah County; J. E. Blackwood, Judge.

PER CURIAM. Appeal dismissed.

(76 South. 995)

COLE v. LAW et al. (4 Div. 683.) (Supreme Court of Alabama. Nov. 25, 1917.) Appeal from Chancery Court, Coffee County; O. S. Lewis, Chancellor. Action between Mary Cole and Malinda Law and others. From a decision in favor of the latter, the former appeals. Appeal dismissed. J. A. Carnley, of Enterprise, for appellant. W. L. Parks, of Andalusia, C. W. Simmons, of Enterprise, Claude Riley, of Elba, and M. S. Carmichael, of Montgomery, for appellees.

PER CURIAM. Appellant filed affidavit of inability to give security for costs, and that she is a married woman, the widow of Nathan Cole; but the court is of the opinion that Acts 1915, p. 715, amending section 2879, Code 1907, does not apply to this appeal. It is therefore ordered that, unless appellants give security for costs within 60 days from May 10, 1917, the appeal be dismissed. Appellants failing to give security as required, the appeal is dismissed.

(76 South. 995)

COVINGTON COUNTY BANK et al. v. ALLEN. (4 Div. 698.) (Supreme Court of Alabama. June 5, 1917.) Appeal from Chancery Court, Coffee County; O. S. Lewis, Judge.

PER CURIAM. Appeal dismissed for want of prosecution.

(76 South. 995)

DENNIS v. BRITTAN. (7 Div. 906.) (Supreme Court of Alabama. Oct. 2, 1917.) Appeal from Circuit Court, Shelby County; Hugh D. Merrill, Judge. Riddle & Ellis, of Columbiana, for appellant. L. L. Saxon and Haynes & Wallace, all of Columbiana, for appellee.

PER CURIAM. Appeal dismissed by agreement.

(76 South. 995)

Ex parte EAST PRATT COAL CO. EAST PRATT COAL CO. v. JONES. (6 Div. 656.) (Supreme Court of Alabama. Nov. 29, 1917.) Certiorari to Court of Appeals. Action by Maggie Jones, administratrix, against the East Pratt Coal Company. Judgment for plaintiff affirmed by the Court of Appeals (75 South. 722), and defendant petitions for certiorari. Denied. A. & F. B. Latady, of Birmingham, for appellant. Allen, Bell & Sadler, of Birmingham, for appellee.

McCLELLAN, J. Under the authority of Kirkwood v. State, 184 Ala. 9, 11, 63 South. 990, this petition for certiorari presents no matter reviewable in this court, and the petition is therefore for this reason denied. Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

(76 South. 995)

Ex parte EMPIRE CLOTHING CO. (6 Div. 618.) (Supreme Court of Alabama. June 14, 1917.) Certiorari to Court of Appeals. C. D. Ritter, of Birmingham, for appellant.

GARDNER, J. Application by the Empire Clothing Company for certiorari to the Court of Appeals to review and revise the judgment of that court, affirming the judgment of the lower court in the case of Empire Clothing Co. v. Roberts, Johnson & Rand Shoe Co., 75 South. 634. Writ denied.